IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:21-cv-256-CEM-EJK

ANTHONY COLON,

    Plaintiff,

vs.

DEPUTY WENDELL SMITH, Badge No.75438 ,
in his individual capacity, and CORPORAL
RONALD RASLOWSKY, Badge No. 3535,
in his individual capacity,

_____/

## NOTICE OF ELEVENTH CIRCUIT ACTION AND MOTION TO TEMPORARILY REOPEN CASE

Defendants, DEPUTY WENDELL SMITH and CORPORAL RONALD RASLOWSY, by and through the undersigned attorneys, hereby advise this Honorable Court of the Eleventh Circuit's recent notice:

1. On January 6, 2023, the Eleventh Circuit issued notice that the appeal by Defendants (Doc. 41) was effectively stayed due to the pending Rule 60 motions (Docs. 37, 38) by Defendants in the District Court. (See Attached Eleventh Circuit Notice, Doc. 8).

2. According to the Eleventh Circuit, the notice of appeal will become effective when the motions have been ruled by on the District Court. Defendants are unable to appeal without the District Court's decision.

3. Defendants respectfully request the District Court reopen the case temporarily to rule on their respective Rule 60 motions in order to effectuate jurisdiction for the appeal and to comply with the Eleventh Circuit's notice. (Docs. 37, 38).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of January, 2023, a true copy hereof has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notice of electronic filing to Plaintiff's counsel, **Carlus Haynes, Haynes Law, P.A.,** 8615 Commodity Circle, Unit 6, Orlando, Florida 32819.

/s/ Bruce R. Bogan
Bruce R. Bogan, Esquire
Fla. Bar No. 599565
David R. Jadon, Esquire
Fla. Bar No. 1010249
Hilyard, Bogan & Palmer, P.A.
Post Office Box 4973
Orlando, FL 32802-4973
Telephone: 407-425-4251
Facsimile: 407-841-8431
Email: bbogan@hilyardlawfirm.com
djadon@hilyardlawfirm.com
Attorneys for Defendants,
Deputy Wendell Smith and
Corporal Ronald Raslowsky