# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 06, 2023

Bruce Robert Bogan
Hilyard Bogan & Palmer, PA
105 E ROBINSON ST STE 201
ORLANDO, FL 32801-1622

David Jadon
Hilyard Bogan & Palmer, PA
105 E ROBINSON ST STE 201
ORLANDO, FL 32801-1622

Appeal Number: 22-14106-D
Case Style: Anthony Colon v. Wendell Smith, et al
District Court Docket No: 6:21-cv-00256-CEM-EJK

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Tolling Motion
The district court docket indicates that the notice of appeal was filed before the disposition of a timely tolling motion. The notice of appeal becomes effective when the order disposing of the motion is entered. See FRAP 4(a)(4). **All appeal deadlines are suspended pending the district court's entry of an order disposing of the motion.**

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Monique D. Taylor, D
Phone #: (404) 335-6135

MOT-2 Notice of Court Action